**Order entered April 22, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00319-CV

## NORTHERN FRAC PROPPANTS, II, LLC, LAMSTEX MATERIAL HANDLING, LLC, JEFFRIES ALSTON, J & P CAPITAL LLC, PATRICK A. TESSON, AND BADGER MINING CORPORATION, Appellants

### V.

## 2011 NF HOLDINGS, LLC F/K/A NF HOLDINGS, LLC AND NORTHERN FRAC PROPPANTS, LLC, SERIES 1, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01754**

## ORDER

We **GRANT** Northern Frac Proppants, II, LLC, Lamstex Material Handling, LLC, Jeffries Alston, Badger Mining Corporation, and 2011 NF Holdings, LLC f/k/a NF Holdings, LLC's motions for extension of time to file their briefs and **ORDER** the briefs be filed no later than May 25, 2016.

/s/    CRAIG STODDART
        JUSTICE